## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR296-00023-001 |
| | ) | |
| SUSAN NELL ANDERSON | ) | |

2006 JUN 15  P 3: 28

### ORDER

On September 12, 1997, the defendant, Susan Nell Anderson, represented by Attorney James Dewey Benefield III, appeared before the Court for sentencing for the offense of conspiracy to possess with intent to distribute and distribute controlled substances. The Court sentenced Anderson to one hundred thirty-five months (135) imprisonment to be followed by five (5) years supervised release. In addition, the Court ordered the defendant to pay a $100 special assessment and imposed a special condition of supervised release that she participate in a program of testing and treatment as directed by the probation officer, until such time as the defendant is released from the program by the Court.

On July 16, 1998, pursuant to a Rule 35(b) motion, the Court reduced the defendant's imprisonment sentence to ninety-three (93) months. On July 24, 2003, Anderson was released from custody to serve her five (5) years of supervised release.

On June 8, 2006, Anderson wrote the Court requesting that the Court consider early termination of her term of supervised release. Anderson cites in her letter that since commencing supervision she has been gainfully employed, reported to her probation officer, and has submitted all negative urine specimens.

After considering the defendant's request, the information provided by the probation office regarding her overall compliance with supervision, and that she has been successfully supervised for approximately three (3) years, the Court orders that Anderson's supervised release be terminated.

**SO ORDERED**, this ____ day of _____, 2006.

_____
Judge, U. S. District Court